UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

| | |
|---|---|
| WILFRED RAPHAEL,<br><br>　　　　Plaintiff - Appellant,<br><br>V.<br><br>DONALD R. ROBERTS; et al.,<br><br>　　　　Defendants,<br><br>And<br><br>DAVID H. HENDERSON,<br><br>　　　　Defendant - Appellee. | No.  04-35454<br>D.C. No.  CV-04-00035-A-JKS<br><br>**RECEIVED**<br><br>**ORDER**　　APR 1 0 2006<br><br>CLERK, U.S. DISTRICT COURT<br>ANCHORAGE, ALASKA |

　　The mandate issued on April 5, 2006 is hereby recalled as having issued prematurely.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Craig Westbrooke
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
APR 7 2006
by:
Deputy Clerk